**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | | |
|---|---|---|
| Javier Marroquin, | ) | |
| | ) | Case No. 2:15-cv-09184-CM-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ad Astra Recovery Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of Plaintiff's claims with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own fees and costs.

Date: November 9, 2015           Respectfully Submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com
Attorney for Plaintiff

Tony LaCroix
LACROIX LAW FIRM, LLC
406 W. 34th Street, Suite 810
Kansas City, MO 64111
Telephone: (816) 399-4380
tony@lacroixlawkc.com
Local counsel for Plaintiff

/s/ James R. Bedell
James R. Bedell (*pro hac vice*)
MOSS & BARNETT
150 S. Fifth Street, Suite 1200

1

2

        Minneapolis, MN 55402
        Tele: (612) 877-5000
        Fax: (612) 877-5999
        Email: jim.bedell@lawmoss.com
        Attorney for Defendant

        Brandon J.B. Boulware KS # 25840
        Catherine D. Singer KS # 26271
        1201 Walnut, Suite 2000
        Kansas City, MO 64106
        Tele: (816) 471-7700
        Fax: (816) 471-2221
        Email: BrandonB@rhgm.com
        Email: CatherineS@rhgm.com
        Local counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on November 9, 2015, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

        <u>/s/ Brandon J.B. Boulware</u>
        Brandon J.B. Boulware